1 | IRMA HERNANDEZ (235257)
  | NEIL WARHEIT (133218)
2 | WILLIAM M. PATE (45734)
  | William.pate@nlrb.gov
3 | National Labor Relations Board
  | Region 21
4 | 888 South Figueroa Street, Ninth Floor
  | Los Angeles, CA  90017-5449
5 | Telephone: (213) 894-5206
  | Facsimile: (213) 894-2778
6 |
  | Attorneys for Petitioner
7 |
8 |
9 |                 UNITED STATES DISTRICT COURT
10 |          FOR THE CENTRAL DISTRICT OF CALIFORNIA
11 |
   | OLIVIA GARCIA, Regional Director )   Civil No. 2:13-cv-03160 PA (SHx)
12 | of Region 21 of the National Labor )
   | Relations Board, for and on behalf of )
13 | the NATIONAL LABOR             )
   | RELATIONS BOARD,               )
14 |                               )
   |                               )   AFFIDAVIT OF SERVICE
15 |          Petitioner,           )
   |                               )   Date: June 17, 2013
16 |     v.                        )
   | MAGIC LAUNDRY SERVICES,        )   Time: 1:30 p.m.
17 | INC.,                          )
   |                               )   Judge: Percy Anderson
18 |          Respondent.           )
   |                               )   Courtroom: 15
19 |                               )
20 |                               )
21 |                               )
22 | _____
23 | I, Elizabeth Valtierra, declare as follows:
24 |          1. I am employed in the City of Los Angeles, County of Los Angeles,
25 | State of California, and I am not a party to the within action.
26 |          2. My business address is 888 South Figueroa Street, Ninth Floor,
27 | Los Angeles, California 90017-5449.
28 |

3.  On May 28, 2013, I served the following document described as "Petitioner's Opposition to Respondent's *Ex Parte* Application for Order Continuing Hearing on Petition for Temporary Injunction or, In the Alternative, For a Two-Week Continuance of the Hearing" by personally delivering it to the receptionist at the office of Robert Vogel, Attorney, Jackson Lewis LLP, 725 S. Figueroa St.,  Suite 2500, Los Angeles, California, 90017-5408.

4.     I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 28th day of May, 2013, in Los Angeles, California.

Liz Valtierra

///